UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19 CR 290 AGF |
| | ) | |
| JUSTIN McGEE, | ) | |
| | ) | |
| Defendant. | ) | |

## DETENTION ORDER

On April 16, 2019, defendant JUSTIN McGEE came before the court with counsel for a detention hearing.  During these proceedings, on the record, with the advice of counsel, defendant voluntarily, orally waived his right to a detention hearing at this time, knowing that a detention order would be issued, and knowing that he may move for reconsideration of the detention order.

Thereupon,

**IT IS HEREBY ORDERED** that the motion of the government for the pretrial detention of defendant JUSTIN McGEE (Doc. 3) **is sustained**.  Defendant is committed to the custody of the United States Marshals Service until further order.   This detention order will be reconsidered upon motion of the defendant.

**IT IS FURTHER ORDERED** that defendant be confined in a corrections facility, separate, to the extent practicable, from persons awaiting trial, serving sentences, or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____/S/    David D. Noce_____
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 16, 2019.