UNITED STATES DISTRICT COURT     **FILED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION     FEB − 6 2020

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) U.S. DISTRICT COURT |
| | ) EASTERN DISTRICT OF MO |
| Plaintiff, | ) ST. LOUIS |
| | ) |
| v. | ) No.  S1-4:19 CR 290 AGF PLC |
| | ) |
| | ) |
| JUSTIN McGEE, | ) |
| | ) |
| Defendant. | ) |

## SUPERSEDING INFORMATION

### COUNT ONE

The Grand Jury charges that:

On or about September 12, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Cricket Wireless, 10006 West Florissant, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about September 12, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did knowingly possess and brandish a firearm in furtherance of the crime of violence, named in Count One.

In violation of and punishable under Title 18, United States Code Section 924(c)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about October 10, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Gamestop, 1821 Maplewood Commons, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 10, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did knowingly possess and brandish a firearm in furtherance of the crime of violence, named in Count Three.

In violation of and punishable under Title 18, United States Code Section 924(c)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about October 12, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of T-Mobile, 238 N. Highway 67, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT SIX

The Grand Jury further charges that:

On or about October 17, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Gamestop, 3702 S. Kingshighway Blvd., a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT SEVEN

The Grand Jury further charges that:

On or about October 19, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Boost Mobile, 7222 Manchester Road, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT EIGHT

The Grand Jury further charges that:

On or about November 23, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Smoothie King, 4475 Forest Park Ave., a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT NINE

The Grand Jury further charges that:

On or about December 15, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of King's Beauty Supply, 1330 Aubert Ave., a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT TEN

The Grand Jury further charges that:

On or about February 4, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did attempt to obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Boost Mobile, Northwoods, Missouri, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT ELEVEN

The Grand Jury further charges that:

On or about March 7, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of BP Gas Station, 3140 Olive Street, a commercial

establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT TWELVE

The Grand Jury further charges that:

On or about March 26, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Family Dollar, 4314 N. Grand, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT THIRTEEN

The Grand Jury further charges that:

On or about March 29, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Qdoba, 4049 Lindell Blvd., a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

## COUNT FOURTEEN

The Grand Jury further charges that:

On or about April 7, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**JUSTIN McGEE,**

did obstruct, delay, and affect commerce or the movement of any article and commodity in commerce or attempt to do so by robbery of Dollar Tree, 1300 Aubert, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of and punishable by Title 18, United States Code Section 1951(a).

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

THOMAS J. MEHAN, #28958MO
Assistant United States Attorney

UNITED STATES OF AMERICA      )
EASTERN DIVISION              )
EASTERN DISTRICT OF MISSOURI  )

I, Thomas J. Mehan, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
THOMAS J. MEHAN, #28958MO
ASSISTANT UNITED STATES ATTORNEY

Subscribed and sworn to before me this 6 day of February 2020.

/s/ Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK