RECEIVED AUG 24 2020 BY MAIL

4:19cr290AGF

Dear Ms. Judge Fleissig, Your Honor my name is Justin McGee and I just wanted to reach out to you so you can understand me as a person and for what is worth. I wanted to apologize to the courts and the victims of my case... To clarify things I never posed as a threat to no one, and as far as my situation goes, I had a real traumatic breakdown and I didn't know how to deal with that type of caliber of so many mixed emotions and bad energy. I just wanna right my wrong and hopefully recive a blessing from God and some sense of leniency from you, Your Honor! My attributes are understanding, considerate. I have stepped up and saved a woman life before, I stopped her husband from running her over and I got ran over instead. Also I came in the picture when my step-sons was only 6-7 yrs old til they was 23 and 24 yrs. And my best accomplishment is being a survivor, able to overcome the bad and tragic situations I've endured throughout my lifetime... In between time I wanted to be a truck driver, but my depressions and Bi-polar made that process slow. In the future for long-term hopefully I can own some type of property or land and maybe help people that can't afford homes. I just wanna be blessed

WITH AN OPPORTUNITY TO BE ABLE TO BE BACK IN MY SONS, GRANDKIDS AND FAMILY LIVES. MY MIND IS FREE FROM ALL THE TOXIC WASTE THAT HAS CLOUDED MY JUDGEMENT THIS IS WHAT MAKES ME A BETTER PERSON NOW, SO ME HAVING A LENIENT SENTENCE IS LIKE A NEW START ON LIFE. I WILL AND HAVE BE ABLE TO HELP THOSE HEADED DOWN THE WRONG PATH FROM MY PAST EXPERIENCE. THE AFTERMATH OF MY SITUATION REFLECTS ON MY LENIENCY AND I HAVE TO RELY ON THE WAY THE JUDGE REVIEW MY CASE. I WALKED CLEANED FOR A WHOLE DECADE MY MOTHER AND MY SON GOT TOOK AWAY FROM ME AND I WAS LOST AND NEVER FOUND TO THE LAST MINUTE. I'M JUST ASKING JUDGE FLEISSIG, FOR A BLESSING A NEW BEGINNING AND CAN SHE FIND IT IN HER HEART TO HELP ME FIND MY NEW PATH!!!.

THANK YOU YOUR HONOR.
HAVE A BLESS DAY...

Justus Lee

Mr. Justin McGee 265712 #W.5DD-4
20 South Tucker
St Louis Mo 63102

RECEIVED
AUG 21 2020
BY MAIL

The Honorable Audrey Fleissig
United States District Judge
111 South Tenth Street
12th Floor
St. Louis, Mo 63102
63102-112599

ZIP 63103
02 4W
0000346878 AUG 20 2020
U.S. POSTAGE >> PITNEY BOWES
$ 000.50⁰

LEGAL Mail